UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ARACELI PENA, | ) |
| | ) |
|     Petitioner, | ) Case No. CV 10-0015-GW(AJW) |
| | ) |
|     v. | ) |
| | ) |
| TINA HORNBECK, Warden, | ) JUDGMENT |
| | ) |
|     Respondent. | ) |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: January 11, 2010

_____
George H. Wu
United States District Judge